and Another, Defendants, Impleaded with JEREMIAH ZIMMERMAN, Appellant.— Judgment of the County Court of Queens county reversed upon the law and the facts, and judgment directed in favor of defendant Zimmerman, with costs, establishing the lien of the mortgage for $6,420, held by him as concurrent with the $55,000 mortgage held by plaintiff, both said mortgages to be foreclosed and to be paid equally and proportionately from the proceeds of sale. Findings of fact VI, VII, XVIII, XIX and XXV, and all the conclusions of law contained in the decision of the trial court are reversed. This court finds the eleventh finding of fact, and the first, second and third conclusions of law proposed by the defendant Zimmerman. In our opinion the evidence of the alleged oral agreement that the mortgage held by defendant Zimmerman was to be subordinated to plaintiff's mortgage was improperly received, as its effect was to add to and vary the terms of the written agreement of May 22, 1909 (Exhibit E). Both were purchase-money mortgages, and were concurrent liens. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

JAMES W. WALKER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARGARET E. WOOLLEY, an Infant, by JAMES C. WOOLLEY, Her Guardian ad Litem, Respondent, v. COLSON AMUSEMENT COMPANY, Defendant, Impleaded with LEONARD COLSON, Appellant.— Judgment and order reversed, with costs. The judgment as rendered was contrary to law within the ruling laid down in the following cases: *Demarest* v. *Flack* (128 N. Y. 205); *Van Antwerp* v. *Linton* (89 Hun, 417, 419; affd., 157 N. Y. 716); *Murray* v. *Usher* (117 id. 542); *Burns* v. *Pethcal* (75 Hun, 437, 442); *Mauer* v. *Egan* (182 N. Y. Supp. 180); *Potter* v. *Gilbert* (130 App. Div. 632; affd., 196 N. Y. 576). The complaint against the defendant Colson is dismissed, with costs. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JOHN WOSNICK, Appellant, v. JARVIS LIGHTERAGE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. We think the record shows that the captain of the barge was, at the time of the accident, a fellow-servant of the plaintiff in the employ of Kent, the general contractor. (See *Higgins* v. *Western Union Telegraph Co.*, 156 N. Y. 75; *Matter of McNally* v. *Diamond Mills Paper Co.*, 223 id. 83, 85; *Quinn* v. *National Sugar Refining Co.*, 102 App. Div. 47.) Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FRANK ZUYUS, Respondent, v. ANNIE ZUYUS, Appellant, Impleaded with ANDREW ZUYUS, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

MARY C. LEWIS, Respondent, v. ROWLAND R. ROBERTS, Appellant.— Application granted, without costs.

LOUIS SILVER, Respondent, v. JACOB H. KIMMEL and Others, Individually and as Copartners, etc., Appellants.— Application denied, without costs.

HENRY WOLFE and Another, Appellants, v. LOUISE BARWICK, Respondent.— Application denied, without costs.